424 A.2d 507

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert RUSH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 24, 1980.

Decided Feb. 4, 1981.

Edward J. Bilik, Asst. Public Defender, Greensburg, for appellant.

Donetta W. Ambrose, Asst. Dist. Atty., Greensburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

ORDER

PER CURIAM.

The order of the Court of Common Pleas denying appellant relief under the Post Conviction Hearing Act, Act of January 25, 1966, P.L. 1580, 19 P.S. § 1180–1 *et seq.*, is affirmed.